Nancy Curry
Chapter 13 Trustee
606 S. Olive Street, Suite 950
Los Angeles, CA  90014
(213) 689-3014   FAX (213) 689-3055

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF:<br><br>Bish, Paul Ernest<br><br><br><br>Debtor | CHAPTER 13<br><br>CASE NO. LA 2:07-bk-18562 VK<br><br>TRUSTEE'S NOTICE OF CHANGE OF CREDITOR'S ADDRESS |
|---|---|

NOTICE IS HEREBY GIVEN TO DEBTOR AND COUNSEL, IF ANY, AND OTHER PARTIES IN INTEREST, that the Trustee has been notified regarding change of creditor's address.  A copy of the initiating document is attached.

| OLD ADDRESS | NEW ADDRESS |
|---|---|
| Sunrise Homes<br><br>235 E. Imperial Hwy, #A-1<br>Brea, CA  92821-7912 | Sunrise Homes<br><br>731 Candlewood St.<br>Brea, CA  92821-3617 |

Respectfully submitted,

Date:  May 6, 2010                        /s/ Nancy Curry

Nancy Curry Chapter 13 Trustee                                        Check No. 620639
Pay to: 19001253 SUNRISE HOMES
Please notify us of any changes to your claim (e.g. account number, address, claim assignment)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 0718562-VK | 302-0 | BISH, PAUL ERNEST | | 566.32 | 26.85 | 0.00 | 26.85 |

CURRY CHAPTER 13 TRUSTEE

71725

les, CA 90071



```
              X 909 NFE 1 409F 00 04/06/10
FORWARD TIME EXP   RTN TO SEND
:SUNRISE HOMES MOBILE & MANUFACTURED
731 CANDLEWOOD ST
BREA CA 92821-3517
              RETURN TO SENDER
```

4/15/10
Cae

**Nancy Curry
Chapter 13 Trustee**
606 S. Olive ST., Suite 950
Los Angeles, CA. 90014

Disbursement Account
Suntrust Bank

No. 620639

PAY ** Twenty Six Dollars and 85 Cents**********
TO THE ORDER OF                                    AMOUNT ****$26.85***

VOID AFTER June 28, 2010

SUNRISE HOMES
235 E. IMPERIAL HWY. #A-1
BREA, CA 92821-7912

⑆620639⑆ ⑉061100790⑉ 0000005752001⑈

PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

Re: Bish, Paul Ernest

   LA 2:07-bk-18562 VK

I declare that I am over the age of 18 years and not a party to the within action; that I am employed by Nancy Curry, Chapter 13 Trustee; and that on May 6, 2010 I served the within **TRUSTEE'S NOTICE OF CHANGE OF CREDITOR'S ADDRESS** on all interested parties in this action by mail at the following address:

Bish, Paul Ernest
16540 E. Whittier Blvd., #46
Whittier, CA  90603

M. Erik Clark, LLP
100 N. Barranca Ave., #250
West Covina, CA  91791

Sunrise Homes
731 Candlewood St.
Brea, CA  92821-3617

I declare under penalty of perjury that the foregoing is true and complete to the best of my knowledge.

Executed at Los Angeles, California on May 6, 2010.

/s/ Catherine A. Echeverria